NO. 07-01-00292-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL 30, 2002

______________________________

SAKS FIFTH AVENUE OF TEXAS, INC.,

Appellant

v.

BETTY R. LOTT, 

Appellee

_________________________________

FROM THE 55
TH
 DISTRICT COURT OF HARRIS COUNTY;

NO. 99-58410; HON. SHERRY RADACK, PRESIDING

_______________________________

Dismissal

________________________________

Before QUINN, REAVIS, and JOHNSON, J.J.

Prior to its scheduled March 26, 2002
 oral argument in Houston, 
Saks Fifth Avenue of Texas, Inc., appellant, represented to this court (viz letter dated March 22, 2002) that “the parties [had] reached a settlement” in the present case.   The case was then vacated based on same.  A letter was then sent to the parties informing them that “[i]f the court [did] not receive the settlement by April 29, 2002, the case [would] be dismissed based on [their] representation that it had been settled.”  Having not received any response from the parties, we dismiss the cause pursuant to appellant’s representation that the dispute was settled.
 

                                                Per Curiam

Do not publish.